WILLIAM HEINRICH, Respondent, v. CHARLES FERRARA, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ABRAM VAL ALSTINE, Respondent, v. WILLIAM J. McKEE, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PAULINE RODLER, Respondent, v. JOSEPH RODLER, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Examination of WILLIAM C. GASZ, Judgment Debtor, in Proceedings Supplementary to Execution, etc., in an Action Entitled County Court, Erie County, ANTHONY J. THAMM, Respondent, v. WILLIAM C. GASZ, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

IDA LEWIS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JENNIE HUDGINS, Respondent, v. JOSEPH R. RYAN and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CLARA GASSMAN, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PHILIP D. BRADLEY, Respondent, v. RIVERSIDE PULP AND PAPER COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MOE IMERSHEIN, Respondent, v. ZORA REALTY COMPANY, INCORPORATED, Appellant.— Appeal dismissed upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ANGELINE NAPLES, Respondent, v. JOSEPH NAPLES and Another, Appellants. — Motion to vacate order of dismissal on default, denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EMPIRE PRODUCE COMPANY and JERRY LENIHAN, Appellants, v. HARRY L. ALLEN, as Trustee, etc., and Others, Respondents.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LEONORA HARRISON, Respondent, v. WILLIAM HARRISON, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ALFONSO PETROSSI, Respondent, v. ALFONSO PETROSSI COMPANY, INCORPORATED, Appellant.— Appeal dismissed, without costs, upon stipulation made by appellant in open court. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

FLORENCE E. BRICE, Respondent, v. JOHN H. BRICE, Appellant.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.